UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:21-cr-15 |
| | : | |
| v. | : | Hon. Stanley R. Chesler |
| | : | |
| MARIA BELL | : | <u>ORDER</u> |

This matter having come before the Court by way of the January 8, 2021 application of Defendant, Maria Bell (Rahul Sharma, Esq. appearing), on notice to the United States (Dean C. Sovolos, Assistant U.S. Attorney, appearing), for reconsideration of the Court's November 24, 2020 and December 21, 2020 Order of Detention under 18 U.S.C. section 3142(f), and for emergency release under 18 U.S.C. section 3142(i);

and the Court having considered the Defendant's moving brief and attached affidavits, the Government's opposition brief, and the Defendant's reply brief;

and the Court having held a hearing on January 22, 2021, during which the parties presented additional argument as to the motion for emergency release;

and for the reasons set forth by the Court on the record on January 22, 2021;

IT IS on this 28th day of January 2021,

ORDERED that Defendant's application for reconsideration of the Court's November 25, 2020 and December 21, 2020, Order of Detention under 18 U.S.C. section 3142(f) is DENIED; and it is further

ORDERED that Defendant's application for emergency release under 18 U.S.C. section 3142(i) is DENIED.

<u>s/Stanley R. Chesler, U. S. D. J.</u>
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE