UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

4/20/2021
Judge Chesler
CAMILLLE PEDANO, Court Reporter

**Title of Case**
UNITED STATES OF AMERICA
v.
Maria Bell

Docket No. 21-15

**Appearances**
AUSA DEAN CONSTANTINE SOVOLOS
AFPD RAHUL SHARMA
Brian Martins PTS0

**Nature of Proceedings**-

DEFENDANT CONSENTED TO PROCEED VIA ZOOM PURSUANT TO COVID19ORDER
Hearing on defendant's Second MOTION to Revoke *Order of Detention d.e. 15*
*Ordered motion denied OTBS*


2:30-3:10

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler