# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-15 (SRC) |
| v. | : | |
| MARIA SUE BELL | : | **ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the second motion to revoke Order of detention filed by Defendant Maria Sue Bell; and the Court having considered the parties' submissions, and held a hearing via Zoom teleconference on April 20, 2021; and for the reasons stated on the record of the hearing of April 20, 2021, and good cause appearing,

**IT IS** on this 20th day of April, 2021,

**ORDERED** that Defendant Maria Sue Bell's second motion to revoke Order of detention (Docket Entry No. 15) is **DENIED**.

/s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge