UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-076-E

No. 21-1895

USA

v.

Maria Bell,
Appellant

(D.N.J. No. 2-21-cr-00015-001)

Present: MCKEE, GREENAWAY, JR., and BIBAS, Circuit Judges

1. Motion filed by Appellant for Bail/Release Pending Appeal.

2. Response to Motion for Bail/Release Pending Appeal.

Respectfully,
Clerk/clw

_____ORDER_____

The foregoing motion is denied.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: July 7, 2021
CLW/cc: Rahul K. Sharma, Esq.
        Jane M. Dattilo, Esq.
        Mark E. Coyne. Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate